DANIEL L. OLSEN, #261645
Abrate and Olsen Law Group
655 University Ave, Suite 230
Sacramento, California 95825
Telephone: (916) 550-2688
Attorney for Douglas Dunn

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DOUGLAS DUNN,<br><br>    Defendant. | Case No.: 17-cr-004-DB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: August 1, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Deborah Barnes |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES**

1. The case was set for a status conference on August 1, 2017.

2. By this stipulation, defendant now moves to exclude time between August 1, 2017, and August 8, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes approximately twenty-six (26) pages of documents. All of this discovery has either been produced directly to the defense and/or made available for inspection or copying.

   b. The defense is conducting investigation by interviewing witnesses and requesting background information on the defendant and other parties related to the case.

c. The defense needs additional time to review the discovery and prepare a defense.

d. The government does not object to the exclusion of time.

e. Based on the above-stated findings, the ends of justice served by excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C sec. 3161, et seq., within which trial must commence, the time period of August 1, 2017 to August 8, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. sec. 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Courts finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: August 1, 2017     By:   /s/ Daniel L. Olsen
                                DANIEL L. OLSEN
                                Attorney for Douglas Dunn

DATED: August 1, 2017           PHILLIP A. TALBERT
                                Acting United States Attorney

                          By:   /s/ Cameron Desmond
                                Cameron Desmond
                                Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: August 2, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE