1 PHILLIP A. TALBERT
United States Attorney
2 CAMERON L. DESMOND
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO. 2:17-CR-0046-DB

12                        Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
13               v.                         FINDINGS AND ORDER

14 DOUGLAS DUNN,                            DATE: November 14, 2017
                                            TIME: 9:00 a.m.
15                        Defendant.        COURT: Hon. Deborah Barnes

16

17                                STIPULATION

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.       By previous order, this matter was set for status on November 14, 2017.

21        2.       By this stipulation, defendant now moves to continue the status conference until

22 November 28, 2017, and to exclude time between November 14, 2017, and November 28, 2017, under

23 Local Code T4.

24        3.       The parties agree and stipulate, and request that the Court find the following:

25                 a)       The government has represented that the discovery associated with this case

26        includes witness statements, photographs, and law enforcement reports.

27 / / /

28 / / /

1         b)       Counsel for defendant needs additional time to conduct investigation and legal

2 research related to the charges, discuss potential resolutions with his client, and otherwise

3 prepare for trial.

4         c)       Counsel for defendant believes that failure to grant the above-requested

5 continuance would deny him/her the reasonable time necessary for effective preparation, taking

6 into account the exercise of due diligence.

7         d)       The government does not object to the continuance.

8         e)       Based on the above-stated findings, the ends of justice served by continuing the

9 case as requested outweigh the interest of the public and the defendant in a trial within the

10 original date prescribed by the Speedy Trial Act.

11         f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12 et seq., within which trial must commence, the time period of November 14, 2017 to November

13 28, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

14 Code T4] because it results from a continuance granted by the Court at defendant's request on

15 the basis of the Court's finding that the ends of justice served by taking such action outweigh the

16 best interest of the public and the defendant in a speedy trial.

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 13, 2017                          PHILLIP A. TALBERT
                                                                       United States Attorney


                                                                       /s/ CAMERON L. DESMOND
                                                                       CAMERON L. DESMOND
                                                                       Assistant United States Attorney

Dated:  November 13, 2017                          /s/ DAN OLSEN
                                                                       DAN OLSEN
                                                                       Counsel for Defendant
                                                                       DOUGLAS DUNN


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED:

Dated:  November 14, 2017


DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE