PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00046-DB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DOUGLAS DUNN, | DATE: December 19, 2017 |
| Defendant. | TIME: 10:00 a.m. COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on December 19, 2017.

2.    By this stipulation, defendant now moves to continue the status conference until February 20, 2018, and to exclude time between December 19, 2017, and February 20, 2018, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that the discovery associated with this case includes multiple reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)    Counsel for defendant desires additional time to interview witnesses, conduct

1    investigation, conduct legal research, and otherwise prepare for trial.

2         c)    Counsel for defendant believes that failure to grant the above-requested

3    continuance would deny him/her the reasonable time necessary for effective preparation, taking

4    into account the exercise of due diligence.

5         d)    The government does not object to the continuance.

6         e)    Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9         f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   et seq., within which trial must commence, the time period of December 19, 2017 to February

11   20, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

12   Code T4] because it results from a continuance granted by the Court at defendant's request on

13   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

14   best interest of the public and the defendant in a speedy trial.

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4         IT IS SO STIPULATED.

5

6    Dated:  December 14, 2017                    PHILLIP A. TALBERT
                                                  United States Attorney

7

8                                                 /s/ CAMERON L. DESMOND
                                                  CAMERON L. DESMOND
                                                  Assistant United States Attorney

9

10

11   Dated:  December 14, 2017                    /s/ LINDA ALLISON
                                                  LINDA ALLISON
                                                  Counsel for Defendant
12                                                DOUGLAS DUNN

13

14

15                          **FINDINGS AND ORDER**

16        IT IS SO FOUND AND ORDERED:

17   Dated:  December 19, 2017

18

19

20                                                DEBORAH BARNES
                                                  UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                3
PERIODS UNDER SPEEDY TRIAL ACT