MCGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00046-DB |
|---|---|
| Plaintiff, | STIPULATION TO ADVANCE TRIAL CONFIRMATION HEARING; [PROPOSED] ORDER |
| v. | |
| DOUGLAS DUNN, | DATE: May 8, 2018 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate that the Trial Confirmation Hearing, currently scheduled for May 8, 2018, be advanced to April 3, 2018, at 10:00 a.m.

Dated: March 30, 2018                              MCGREGOR W. SCOTT
                                                   United States Attorney


                                                   /s/ CAMERON L. DESMOND
                                                   CAMERON L. DESMOND
                                                   Assistant United States Attorney


Dated: March 30, 2018                              /s/ LINDA ALLISON
                                                   LINDA ALLISON
                                                   Counsel for Defendant
                                                   DOUGLAS DUNN

STIPULATION TO ADVANCE TRIAL CONFIRMATION HEARING

1

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED,

Dated: April 2, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE