| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | CAMERON L. DESMOND<br>JUSTIN L. LEE |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS DUNN,<br><br>Defendant. | NO. 2:17-CR-0046-DB<br><br>STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND TO SET BRIEFING SCHEDULE; FINDINGS AND ORDER<br><br>DATE: May 21, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on May 21, 2018.

2. By this stipulation, the defendant now moves to continue the trial to August 13, 2018, and to exclude time between May 21, 2018, and August 13, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes witness statements, photographs, audio recordings, and law enforcement reports.

   b) Counsel for defendant needs additional time to conduct investigation and legal research related to the charges, discuss potential resolutions with his client, conduct witness interviews, and otherwise prepare for trial.

    c)   Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)   The government does not object to the continuance.

    e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 21, 2018 to August 13, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   By this stipulation, the parties also agree to the following pre-trial briefing schedule:

    a)   **July 13, 2018**: Motions in Limine; Trial Briefs; Government's Exhibit List; Government's Witness List; Parties' Joint Statement of the Case; Voir Dire; and Verdict Forms;

    b)   **July 20, 2018**: Any opposition(s) to the Motions in Limine; Defendant's Witness List; and Defendant's Exhibit List;

    c)   **July 27, 2018**: Jury Instructions and any reply(ies) to the Motions in Limine.

5.   The parties anticipate the trial, including jury selection, will take three court days.

///
///
///
///
///
///
///

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 9, 2018　　　　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/ CAMERON L. DESMOND
　　　　　　　　　　　　　　　　　　　　　　　CAMERON L. DESMOND
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: May 9, 2018　　　　　　　　　　　　　　/s/ LINDA ALLISON
　　　　　　　　　　　　　　　　　　　　　　　LINDA ALLISON
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS DUNN

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

DATED: May 10, 2018　　　　　　　　　　　　/s/ DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE