HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Linda_allison@fd.org

Attorney for Defendant
DOUGLAS DUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:17-cr-0046-DB |
| Plaintiff, | **ORDER FOR CONTINUANCE OF SENTENCING HEARING AND FOR SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT** |
| v. | |
| DOUGLAS DUNN, | |
| Defendant. | DATE: October 30, 2018<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Deborah Barnes |

Plaintiff and United States of America, by and through its attorney of record, Assistant United States Attorney Cameron Desmond, and defendant Douglas Dunn, individually and by and through his counsel of record, Linda Allison, and U.S. Probation hereby stipulate to continue the sentencing hearing from October 30, 2018 to December 11, 2018 at 9:00 a.m.

The following is the new proposed schedule for disclosure of pre-sentence report:

Proposed Pre-Sentence Report: 10/30/2018

Written Objections to the Pre-Sentence Report 11/132018

Pre-Sentence Report: 11/20/2018

Motion for Correction of the Pre-Sentence Report: 11/27/2018

/ / /

/ / /

| | |
|---|---|
| Reply or Statement of Non-Opposition: | 12/4/2018 |
| Judgement and Sentencing: | 12/11/2018 |

                                        Respectfully submitted,

DATE: October 15, 2018          HEATHER E. WILLIAMS
                                            Federal Defender

                                          */s/ Linda C. Allison*
                                          LINDA C. ALLISON
                                          Assistant Federal Defender
                                          Attorney for DOUGLAS DUNN

DATED: October 15, 2018        McGREGOR W. SCOTT
                                            United States Attorney

                                          */s/ Cameron Desmond*
                                          CAMERON DESMOND
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

It is further ordered that the October 30, 2018 judgement and sentencing hearing shall be continued until December 11, 2018 at 9:00 a.m. and the Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

Dated: October 15, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE