HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Linda_allison@fd.org

Attorney for Defendant
DOUGLAS DUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DOUGLAS DUNN,<br><br>　　　　　Defendant. | NO. 2:17-cr-0046-DB<br><br>**AMENDED ORDER FOR CONTINUANCE OF SENTENCING HEARING AND FOR SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT**<br><br>DATE: December 11, 2018<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Deborah Barnes |

Plaintiff and United States of America, by and through its attorney of record, Assistant United States Attorney Cameron Desmond, and defendant Douglas Dunn, individually and by and through his counsel of record, Linda Allison, and U.S. Probation hereby stipulate to continue the sentencing hearing from December 11, 2018 to January 22, 2019 at 10:00 a.m.

The following is the new proposed schedule for disclosure of pre-sentence report:

Motion for Correction of the Pre-Sentence Report:　1/8/2019

Reply or Statement of Non-Opposition:　　　　　　1/15/2019

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Judgement and Sentencing: | 1/22/2019 |

Respectfully submitted,

DATE: November 30, 2018            HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Linda C. Allison*
                                   LINDA C. ALLISON
                                   Assistant Federal Defender
                                   Attorney for DOUGLAS DUNN


DATED: November 30, 2018           McGREGOR W. SCOTT
                                   United States Attorney

                                   */s/ Cameron Desmond*
                                   CAMERON DESMOND
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

It is further ordered that the December 11, 2018 judgement and sentencing hearing shall be continued until January 22, 2019 at 10:00 a.m. and the Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

Dated: November 30, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE