**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
DOUGLAS DUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS DUNN,<br><br>Defendant. | CASE NO. 2:17-CR-00046<br><br>**UNOPPOSED APPLICATION TO ENLARGE TIME AND CONTINUE HEARING; ORDER** |

Counsel for defendant, Douglas Dunn, requests an order of this court enlarging time to file appellant's brief, appellee's brief, and the reply brief by 60 days pursuant to Rule 144 of the Local Rules of the United States District Court, Eastern District of California. Counsel also requests that the date set for hearing, August 27, 2019 at 9:15 a.m., be vacated and continued to October 22, 2019 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez. In support of this request, undersigned counsel declares as follows:

1. On May 6, 2019, this court issued an order setting the following briefing schedule for the appeal: appellant's brief was to be filed by July 9, 2019; appellee's brief was to be filed 21 days after the filing of appellant's brief; and any reply was to be filed seven court days after service of appellee's brief. ECF no. 104 at p. 3. In addition, the court ordered that a hearing be set on August 27, 2019 at 9:15 a.m.

1

*Id.*

2. In the last 60 days, Ms. Radekin prepared and filed state post-conviction motions, and prepared for and appeared at hearings on the motions, for the following clients in removal proceedings or with pending immigration matters that required immediate action to prevent their imminent removal: *People v. Shahsavari*, Sacramento County no. 13M07447, filed May 22, 2019, hearing on June 12, 2019; *People v. Mikhalenko*, Sacramento County no. 05F09184, filed May13, 2019 (with motion for order shortening time), hearing on May 23, 2019; and *People v. Buryakov*, Sacramento County nos. 97F09708 and 00F03188, submitted May 19, 2019 (hearing not yet set). Ms. Radekin also filed appellant's opening brief in the case *People v. Ornelas*, Sutter County no. CRF02-0001573-AP1, an appeal of such a post-conviction motion, on May 28, 2019.

3. In June 2019, Ms. Radekin prepared for and represented her 28 U.S.C. § 2255 movant client at depositions on June 5th and June 6th in the case *United States v. Sekhon*, E.D. Cal. no. 2:06-cr-00058-JAM-EFB. On June 14, 2019, Ms. Radekin's client, Narinder Khatkarh, was taken into ICE custody to execute a final order of removal. To prevent his imminent deportation, Ms. Radekin filed a motion to vacate his conviction pursuant to California Penal Code section 1473.7 with a motion for order shortening time in the case *People v. Khatkarh*, Sutter County no. CRF-09-0405 on June 17, 2019. She filed a supplemental brief on June 18th and a reply brief on June 20th. She also filed a motion to stay Mr. Khatkarh's removal in his pending federal habeas case, *Khatkarh v. CDCR*, E.D. Cal. no. 2:14-cv-00079-KJM-KJN, on June 19, 2019. The state court motion came on for hearing on June 21, 2019.

4. In addition, Ms. Radekin currently has appellant's opening briefs due in the following cases: *People v. Farley*, Third D.C.A. no. C088842, on July 8, 2019; *People v. Valle*, Third D.C.A. no. C089454, on July 19, 2019; and *People v. Wynne*, Third D.C.A. no. C087686, on July 25, 2019. She also has a reply brief due in *People v. Ornelas* (cited above) on July 17, 2019.

5. On July 1, 2019, Ms. Radekin emailed Assistant United States Attorneys Cameron Desmond and Justin Lee, who are representing appellee in this appeal. That same day Mr. Desmond responded by

email indicating the government has no opposition to the proposed enlargement of time and re-setting of the hearing date to October 22, 2019.

5. Counsel has had one previous enlargement of time in this appeal.

6. The foregoing is true and correct based on Ms. Radekin's personal knowledge.

Accordingly, counsel for defendant respectfully requests this court issue an order enlarging time to file appellant's brief by 60 days, making it due on September 9, 2019, with appellee's brief due 21 days thereafter and the reply brief due seven court days after appellee's brief. Counsel also requests the court vacate the current hearing date of August 27, 2019 at 9:15 a.m. and set a new hearing date on October 22, 2019 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez.

DATED: July 2, 2019                                                    Respectfully Submitted,

                                                            /s/ Erin J. Radekin
                                                            ERIN J. RADEKIN
                                                            Attorney for defendant
                                                            DOUGLAS DUNN

**ORDER**

For the reasons set forth in the accompanying application and declaration of counsel, and good cause appearing, the time to file appellant's brief is enlarged by 60 days, making it due September 9, 2019. Appellee's brief shall be served and filed within 21 days after the filing and service of appellant's brief. Appellant may serve and file a reply brief within seven court days after service of appellee's brief.

Further, the hearing currently set on August 27, 2019 at 9:15 a.m. is VACATED, and the hearing is re-set on October 22, 2019 at 9:15 a.m.

IT IS SO ORDERED.

Dated: 7/2/2019                                                    /s/ John A. Mendez
                                                               HON. JOHN A. MENDEZ
                                                              United States District Court Judge