**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
DOUGLAS DUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00046 |
| Plaintiff, | |
| v. | **UNOPPOSED APPLICATION TO ENLARGE TIME AND CONTINUE HEARING; ORDER** |
| DOUGLAS DUNN, | |
| Defendant. | |

Counsel for defendant, Douglas Dunn, requests an order of this court enlarging time to file appellant's brief, appellee's brief, and the reply brief by 60 days pursuant to Rule 144 of the Local Rules of the United States District Court, Eastern District of California. Counsel also requests that the date set for hearing, October 22, 2019 at 9:15 a.m., be vacated and continued to December 10, 2019 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez. In support of this request, undersigned counsel declares as follows:

1. On July 2, 2019, this court issued an order setting the following briefing schedule for the appeal: appellant's brief was to be filed by September 9, 2019; appellee's brief was to be filed 21 days after the filing of appellant's brief; and any reply was to be filed seven court days after service of appellee's brief. ECF no. 106 at p. 3. In addition, the court ordered that a hearing be set on October 22,

1

2019 at 9:15 a.m. *Id*.

2. In the past 60 days, counsel filed a petition for writ of habeas corpus in the case *In re Chadwick*, which had to filed in the California Court of Appeal, First Appellate District ("1st D.C.A."), as soon as possible after denial of the petition in Solano County Superior Court no. FCR345023 on July 15, 2019 in order to avoid unreasonable delay and preserve the right to federal review. Also, counsel has the following post-conviction cases where the clients are in ICE custody or have immigration issues requiring immediate relief to avoid imminent deportation: *People v. Tiznado*, Sacramento County case no. 18FE003484; and *People v. Buryakov*, Sacramento County case nos. 00F03188, 97F09708, and 03F07183. Additionally counsel has opening briefs due in the following cases: *People v. Wynne,* 3rd D.C.A. no. C087686, which is due on September 16, 2019; *People v. Valle*, 3rd D.C.A. no. C089454, which is due on September 27, 2019; *U.S. v. Brown*, 9th Cir. case no. 19-16274, which is due on October 3, 2019; and *U.S. v. Reyes*, 9th Cir. case nos. 18-10397 and 18-10398, which is due on October 4, 2019.

3. On September 4, 2019, Ms. Radekin emailed Assistant United States Attorneys Cameron Desmond, who is representing appellee in this appeal. That same day Mr. Desmond responded by email indicating the government has no opposition to the proposed enlargement of time and re-setting of the hearing date to December 10, 2019.

4. Counsel has reviewed the record in this matter but needs additional time to complete research of issues and prepare the opening brief.

5. Counsel has had two previous enlargements of time in this appeal.

6. The foregoing is true and correct based on Ms. Radekin's personal knowledge.

Accordingly, counsel for defendant respectfully requests this court issue an order enlarging time to file appellant's brief by 60 days, making it due on November 8, 2019, with appellee's brief due 21 days thereafter and the reply brief due seven court days after appellee's brief. Counsel also requests the court vacate the current hearing date of October 22, 2019 at 9:15 a.m. and set a new hearing date on

2

December 10, 2019 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez.

DATED: September 4, 2019                              Respectfully Submitted,


                                                      /s/ Erin J. Radekin
                                                     ERIN J. RADEKIN
                                                     Attorney for defendant
                                                     DOUGLAS DUNN

**ORDER**

For the reasons set forth in the accompanying application and declaration of counsel, and good cause appearing, the time to file appellant's brief is enlarged by 60 days, making it due November 8, 2019. Appellee's brief shall be served and filed within 21 days after the filing and service of appellant's brief. Appellant may serve and file a reply brief within seven court days after service of appellee's brief.

Further, the hearing currently set on October 22, 2019 at 9:15 a.m. is VACATED, and the hearing is re-set on December 10, 2019 at 9:15 a.m.

IT IS SO ORDERED.

Dated: 9/5/2019                                       /s/ John A. Mendez
                                                     HON. JOHN A. MENDEZ
                                                     United States District Court Judge