**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
DOUGLAS DUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS DUNN,<br><br>Defendant. | CASE NO. 2:17-CR-00046<br><br>**UNOPPOSED APPLICATION TO ENLARGE TIME AND CONTINUE HEARING; ORDER** |

Counsel for defendant, Douglas Dunn, requests an order of this court enlarging time to file appellant's brief, appellee's brief, and the reply brief by 60 days pursuant to Rule 144 of the Local Rules of the United States District Court, Eastern District of California. Counsel also requests that the date set for hearing, December 10, 2019 at 9:15 a.m., be vacated and continued to March 3, 2020 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez. In support of this request, undersigned counsel declares as follows:

1. On September 5, 2019, this court issued an order setting the following briefing schedule for the appeal: appellant's brief was to be filed by November 8, 2019; appellee's brief was to be filed 21 days after the filing of appellant's brief; and any reply was to be filed seven court days after service of appellee's brief. ECF no. 108 at p. 3. In addition, the court ordered that a hearing be set on December

1

10, 2019 at 9:15 a.m. *Id*.

2. In the past 30 days, counsel filed a motion for bail review in the case *U.S. v. Barai*, E.D. Cal. no. 2:16-cr-00217, which had to be filed as soon as reasonably possible due to the harm caused to Defendant's children as a result of her sudden incarceration. Also, in the month of October counsel was on a long-planned vacation and was sick with the flu. Additionally, counsel has prepared post-conviction motions in the following post-conviction cases where the clients are in ICE custody or have immigration issues requiring immediate action to avoid deportation: *People v. Tiznado*, Sacramento County case no. 18FE003484; *People v. Godinez*, Ventura County case no. CR23540 and Sacramento County case no. 81092; and *People v. Robinson*, Sutter County case no. CRF-16-2761.

3. On November 7, 2019, Ms. Radekin emailed Assistant United States Attorney Cameron Desmond, who is representing appellee in this appeal. That same day Mr. Desmond responded by email indicating the government has no opposition to the proposed enlargement of time and re-setting of the hearing date to March 3, 2020.

4. Counsel has reviewed the record in this matter but needs additional time to complete research of issues and prepare the opening brief.

5. Counsel has had three previous enlargements of time in this appeal.

6. The foregoing is true and correct based on Ms. Radekin's personal knowledge.

Accordingly, counsel for defendant respectfully requests this court issue an order enlarging time to file appellant's brief by 60 days, making it due on January 7, 2020, with appellee's brief due 21 days thereafter and the reply brief due seven court days after appellee's brief. Counsel also requests the court vacate the current hearing date of December 10, 2019 at 9:15 a.m. and set a new hearing date on March 3, 2020 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez.

//

//

//

DATED: November 7, 2019 Respectfully Submitted,

  /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for defendant
DOUGLAS DUNN

**ORDER**

For the reasons set forth in the accompanying application and declaration of counsel, and good cause appearing, the time to file appellant's brief is enlarged by 60 days, making it due January 7, 2020. Appellee's brief shall be served and filed within 21 days after the filing and service of appellant's brief. Appellant may serve and file a reply brief within seven court days after service of appellee's brief.

Further, the hearing currently set on December 10, 2019 at 9:15 a.m. is VACATED, and the hearing is re-set on March 3, 2020 at 9:15 a.m.

IT IS SO ORDERED.

Dated: 11/8/2019       /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge