**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
DOUGLAS DUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0046 JAM |
| Plaintiff, | **ORDER TO WITHDRAW APPEAL** |
| v. | |
| DOUGLAS DUNN, | |
| Defendant. | |

**ORDER**

For the reasons set forth in the accompanying motion, and good cause appearing, the petitioner's appeal is dismissed.

IT IS SO ORDERED.

Dated: 1/7/2020                                         /s/ John A. Mendez_____
                                                        HON. JOHN A. MENDEZ
                                                        United States District Court Judge

1